RECEIVED
NOV 3 0 2005

RECEIVED
JAN 1 1 2006

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 92-60032-03** |
| | **CIVIL ACTION NO. 05-1185** |
| VS. | **JUDGE MELANÇON** |
| **FARICE DAIGLE, JR.** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and objections filed, this Court concludes that the Report and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Farice Daigle, Jr.'s motion for relief under 28 U.S.C. § 2255 is **DENIED AND DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana this ___ day of January, 2006.

_____
TUCKER L. MELANÇON
UNITED STATES DISTRICT COURT